JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaime Gallo et al, | Case No. 2:21-cv-05754-RGK-JC |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| Fidelity Capital Holdings, Inc. et al, | |
| Defendant(s). | |

On October 28, 2021, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC"), which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants. On November 4, 2021, plaintiff filed a declaration in response to the OSC. The Court finds no good cause for the delay in service and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: November 5, 2021

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE